```
                                                    FILED
                                                U. S. DISTRICT COURT
                                              EASTERN DISTRICT OF TEXAS
General Complaint
                                                    NOV 27 2024

        IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF TEXAS      BY
                                               DEPUTY_____
```

__PLANTIFF:DAVID R PETE__

Case Number: __1:24CV476__

List the full name of each plaintiff in this action.

VS.

__DEFENDANT:DEPARTMENT OF__

__JUSTICE/ ATTORNEY GENERAL :__

__MERRICK,GARLAND__

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.   ATTEMPT TO SECURE COUNSEL:

   Please answer the following concerning your attempt to secure counsel.

   A.   In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

      1. Employ Counsel
      2. Court - Appointed Counsel
      3. Lawyer Referral Service of the State Bar of Texas,
         P. O. Box 12487, Austin, Texas 78711.

   B.   List the name(s) and address(es) of the attorney(s):

      __N/A__

C.  Results of the conference with counsel:

_N/A_

II. List previous lawsuits:

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?  _____ Yes  _X_ No

B.  If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

  1.  Approximate file date of lawsuit: _N/A_

  2.  Parties to previous lawsuit(s):

  Plaintiff _N/A_

  Defendant _N/A_

  Attach a separate piece of paper for additional plaintiffs or defendants.

  3.  Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

  _N/A_

  4.  Docket number in other court. _N/A_

  5.  Name of judge to whom the case was assigned.
      _N/A_

  6.  Disposition: Was the case dismissed, appealed or still pending?

  _N/A_

  7.  Approximate date of disposition. _N/A_

III.   Parties to this suit:

   A.   List the full name and address of each plaintiff:

   Pla #1  ATTORNEY GENERAL: MERRICK GARLAND,

   U.S DEPARTMENT OF JUSTICE ,950 PENNSYLVANIA,AVE

   NW,WASHINGTON,DC 20530-0001;PH ;202-353-1555

   Pla #2  ATTORNEY GENERAL:  DAMIEN DIGGS

   550 FANNIN,SUITE 1250,BEAUMONT,TEXAS  77701 ,

   PHONE ; 409 839-2538

   B.   List the full name of each defendant, their official position, place of employment and full mailing address.

   Dft #1:_____

   _____

   _____

   Dft #2:_____

   _____

   _____

   Dft #3 _____

   _____

   _____

   Attach a separate sheet for additional parties.

IV:  Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

DURING MY PREVIOUS TIME BEING EMPLOYED WITH THE DEPARTMENT OF JUSTICE FOR 16YRS AS SENIOR CORRECTIONAL OFFICER, AT THE BEAUMONT, TX FEDERAL COMPLEX

(1 UNLAWFUL REMOVED FROM JOB POST (2 I WAS ISSUE REMOVAL LETTER AND PROPOSAL FOR REMOVAL (3 ISSUE A LETTER FOR FITNESS OF DUTY. (4 THEY VIOLATED THE 14 DAY REMOVAL RESTICTION AFTER IT EXPIRED.

V. Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

MY PRAYER IS THAT THIS COURT GRANT ANY AND ALL REMENDY AS IS AFFORED TO ME BY LAW IN THE AMOUNT OF, $50,000,000,000.00 PUNITIVE DAMAGES AND $50,000,000,000.00 COMPENSARY DAMAGES, FOR A TOTAL OF A $100,000,000,000.00

Signed this __12__ day of __NOVEMBER__ (Month), 20 __24__ (Year).

DAVID R PETE
6355 CHINN LN #2105
BEAUMONT, TX 77708

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __NOV 12, 2024__
Date

DAVID R PETE

Signature of each plaintiff

**CERTIFIED MAIL**

DAVID R PETE
6355 CHINN LN #2105
BEAUMONT, TX 77708

9589 0710 5270 2153 7990 81

HOUSTON TX RPDC 773
25 NOV 2024 PM 1 L

Retail





77701

RDC 99

U.S. POSTAGE PAID
FCM LETTER
BEAUMONT, TX 77706
NOV 25, 2024

$9.68

S2324D501395-22

UNITED State District Clerk
JACK BROOKs FEDERAL Building
AND UNITED STATES Courthouse
300 Willow Street Suite 104
BEAUMONT, TX 77701

NOV 27 2024
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

77701-221729